DIDIER ET AL., APPELLANTS, *v.* JOHNS, APPELLEE.

[Cite as *Didier v. Johns* (1997), 79 Ohio St.3d 1214.]

(No. 96–1509—Submitted June 10, 1997—Decided July 30, 1997.)

*Thomas J. Manning Co., L.P.A.,* and *Thomas J. Manning; Dwight D. Brannon & Associates* and *Dwight D. Brannon,* for appellants.

*Mazanec, Raskin & Ryder Co., L.P.A., John T. McLandrich* and *Robert H. Stoffers,* for appellee.

The appeal is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.